**FILED**

06/09/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0180

IN THE SUPREME COURT OF THE STATE OF MONTANA

Supreme Court Cause No. DA 21-0180

| | |
|---|---|
| IN RE THE PARENTING OF: | ) |
| | ) |
| M.L.A., | ) |
| A Minor Child, | ) |
| | ) |
| NATHAN R. WHITE, | ) |
| | ) |
| Petitioner/Appellant, | ) |
| | ) |
| -and- | ) **ORDER WAIVING** |
| | ) **MANDATORY MEDIATION** |
| AMANDA ANDERSON, | ) |
| | ) |
| Respondent/Appellee. | ) |
| | ) |

UPON review of the Motion to Waive Mandatory Mediation file by counsel for the Respondent/Appellee herein and good cause appearing therefor,

IT IS HEREBY ORDERED that this case is not subject to the mandatory mediation provision as required by M. R. App. P. 7, and, therefore, the Order of Mediator Appointment is hereby VACATED.

DATED this ___ day of _____, 2021.


_____
JUSTICE OF THE SUPREME
COURT OF MONTANA

cc: Karl Knuchel
    Nathan White

Electronically signed by:
Jim Rice
Justice, Montana Supreme Court
June 9 2021